**FILED**

JUL 0 5 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 11cr5135-JLS |
| Plaintiff, | ) | |
| v. | ) | |
| CARLOS SALGADO, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no.32) requesting the continuance of the Sentencing Hearing currently set for August 24, 2012, be rescheduled to September 21, 2012, at 9:00 a.m. be **GRANTED.**

**SO ORDERED.**

Dated: _____7/5/12_____

_____
HONORABLE JANIS L. SAMMARTINO
United States District Court Judge